UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

CALEB HUNTER FREESTONE

    Defendant.
_____/

Case No.   8:23-cr-25-VMC-AEP

### ORDER AMENDING CONDITIONS OF RELEASE

It is hereby **ORDERED:**

**The original Order of Release is hereby amended to reflect the following additional conditions to the defendant's release:**

**Curfew**. You are restricted to your residence every day from 8:00 pm until 6:00 am or as directed by the pretrial services office or supervising officer, and location monitoring with voice recognition.   Defendant must have a landline installed within 14 days from today's date.

All other terms and conditions as previously set in this matter shall remain in full force and effect.

**DONE and ORDERED** this March 9, 2023.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge