BNDAOR,CLOSED,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: <u>1:23–mj–02605–AOR</u>–1

Case title: USA v. RIVERA

Date Filed: 03/29/2023

Date Terminated: 03/29/2023

Assigned to: Magistrate Judge Alicia M. Otazo–Reyes

**<u>Defendant (1)</u>**

| | |
|---|---|
| **Annarella Rivera** | represented by **Noticing FPD–MIA** |
| 51391–510 | 305–530–7000 |
| *YOB 1976; Spanish* | Email: <u>MIA_ECF@FD.org</u> |
| *TERMINATED: 03/29/2023* | *LEAD ATTORNEY* |
| *also known as* | *ATTORNEY TO BE NOTICED* |
| Rivers | *Designation: Public Defender* |
| *TERMINATED: 03/29/2023* | *Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| WARRANT/INDICTMENT/MDFL/CONSPIRACY AGAINST RIGHTS; FREEDOM OF ACCESS TO CLINIC ENTRANCES | |

**<u>Plaintiff</u>**

| | |
|---|---|
| **USA** | represented by **Noticing AUSA CR TP/SR** |
| | Email: <u>Usafls.transferprob@usdoj.gov</u> |
| | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/29/2023 | 1 | | Magistrate Judge Removal of Superseding Indictment from Middle District of Florida Case number in the other District 8:23−cr−25−VMC−AEP as to Annarella Rivera (1). (dgj) (Main Document 1 replaced on 3/29/2023) (dgj). Modified on 3/29/2023 (dgj). Modified on 3/29/2023 (dgj). (Entered: 03/29/2023) |
| 03/29/2023 | 2 | | Order to Unseal as to Annarella Rivera. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 3/29/2023. (fbn) (Entered: 03/29/2023) |
| 03/29/2023 | 3 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: Initial Appearance as to Annarella Rivera held on 3/29/2023. Bond recommendation/set: Annarella Rivera (1) STIPULATED $50,000 Personal Surety Bond. Defendant RELEASED. Defendant WAIVED Removal and Ordered removed to the M/D FL. Date of Location Custody (Arrest or Surrender): 3/29/2023.. Spanish Interpreter present. Attorney added: Noticing FPD−MIA for Annarella Rivera (Digital 14:08:20; 14:22:22)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 3/29/2023. (fbn) (Entered: 03/29/2023) |
| 03/29/2023 | 4 | | $50,000 PSB Bond Entered as to Annarella Rivera Approved by Magistrate Judge Alicia M. Otazo−Reyes. *Please see bond image for conditions of release.* (fbn) (Additional attachment(s) added on 3/30/2023: # 1 Restricted Bond with 7th Page) (fbn). (Entered: 03/30/2023) |
| 03/29/2023 | 5 | | WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS by Annarella Rivera (jbs) (Entered: 03/31/2023) |
| 03/29/2023 | 6 | | ORDER OF REMOVAL ISSUED to Middle District of Florida as to Annarella Rivera. Closing Case for Defendant. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 3/29/2023. *See attached document for full details.* (jbs) (Entered: 03/31/2023) |

# 23-mj-2605-OTAZO-REYES

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23 cr 100 TPB-TGW

8:23-cr-95-VMC-AEP

CALEB HUNTER FREESTONE
    a/k/a "Kya"
AMBER MARIE SMITH-STEWART
    a/k/a "Ae"
    a/k/a "16inches"
ANNARELLA RIVERA
    a/k/a "Rivers"
GABRIELLA VICTORIA OROPESA
    a/k/a "Gabs"
    a/k/a "Gaby"
    a/k/a "Gummy"

18 U.S.C. § 241
18 U.S.C. § 248(a)(1)
18 U.S.C. § 248(a)(3)

SEALED

FILED BY _____DGJ_____ D.C.

Mar 29, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## Superseding INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy Against Rights)

### A.    The Conspiracy

From a date unknown, but at least from in or around May 2022 and continuing through on or about July 3, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANNARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

did willfully combine, conspire, and agree with one another, and with other persons

1

known and unknown to the Grand Jury, to injure, oppress, threaten, and intimidate employees of facilities providing reproductive health services in the free exercise and enjoyment of the rights and privileges secured to them by the laws of the United States, namely, the right to provide and seek to provide reproductive health services as provided by Title 18, United States Code, Section 248(c)(1), in violation of Title 18, United States Code, Section 241.

### B. <u>Plan and Purpose of the Conspiracy</u>

The plan and purpose of the conspiracy was to attack reproductive health services facilities that provide abortion alternatives by spray painting threats of force and other intimidating messages on the property of the facilities, in order to injure, oppress, threaten, and intimidate the employees of those facilities from providing and seeking to provide reproductive health services.

### C. <u>The Manner and Means of the Conspiracy</u>

The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among other things, the following:

a. It was part of the conspiracy that FREESTONE, SMITH-STEWART, RIVERA, OROPESA, and the conspirators would and did target reproductive health facilities that provide abortion alternatives including counselling, pregnancy testing, ultrasound examinations, and referral services relating to the human reproductive system.

2

b.      It was further part of the conspiracy that FREESTONE, SMITH-STEWART, RIVERA, OROPESA, and the conspirators would and did wear disguises such as masks, hats, and gloves while attacking the targeted reproductive health facilities.

c.      It was further part of the conspiracy that on or about May 28, 2022, FREESTONE, SMITH-STEWART, RIVERA, OROPESA, and conspirators travelled to Hollywood, Florida, and damaged and destroyed the property of Facility A, a facility known to the Grand Jury, by spray painting threats including "If abortions aren't SAFE then niether [sic] are you."  Facility A is an affiliate of the Archdiocese of Miami Ministry. Facility A offers free pregnancy counselling, pregnancy testing, and ultrasound examinations.

d.      It was further part of the conspiracy that on or about June 26, 2022, FREESTONE, SMITH-STEWART, RIVERA, and conspirators travelled to Winter Haven, Florida, and damaged and destroyed the property of Facility B, a facility known to the Grand Jury, by spray painting threats including "YOUR TIME IS UP!!" WE'RE COMING for U" and "We are everywhere." Facility B offers free pregnancy counselling, pregnancy testing, and ultrasound examinations.

e.      It was further part of the conspiracy that on or about July 3, 2022, FREESTONE, OROPESA, and conspirators travelled to Hialeah, Florida, and damaged and destroyed the property of Facility C, a facility known to the Grand Jury, by spray painting threats including "If abortions aren't safe the [sic] neither are

3

you." Facility C offers free pregnancy counselling, pregnancy testing, and ultrasound examinations.

All in violation of 18 U.S.C. § 241 and 2.

## COUNT TWO
### (Freedom of Access to Clinic Entrances)

On or about June 26, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART, and
ANNARELLA RIVERA,

aiding and abetting one another and other persons known and unknown to the Grand Jury, did by threat of force intentionally injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with employees of Facility B, a facility known to the Grand Jury, because the employees were providing and seeking to provide reproductive health services. Specifically, FREESTONE, SMITH-STEWART, RIVERA, and other persons known and unknown to the Grand Jury, spray painted threats of force on the Facility B building.

In violation of 18 U.S.C. §§ 248(a)(1) and 2.

## COUNT THREE
### (Freedom of Access to Clinic Entrances)

On or about June 26, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CALEB HUNTER FREESTONE,

4

AMBER MARIE SMITH-STEWART, and
ANNARELLA RIVERA,

aiding and abetting one another and other persons known and unknown to the

Grand Jury, did intentionally damage and destroy the property of the Facility B, a

facility known to the Grand Jury because the facility provides reproductive health

services. Specifically, FREESTONE, SMITH-STEWART, RIVERA and other

persons known and unknown to the Grand Jury, defaced Facility B by spray painting

the facility.

    In violation of 18 U.S.C. § 248(a)(3) and 2.

                    A TRUE BILL,

                    Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
      Lisa M. Thelwell
      Assistant United States Attorney

By: _____
      Stacie B. Harris
      Assistant United States Attorney
      Chief, Special Victims Section

By: _____
      Laura-Kate Bernstein
      Trial Attorney
      Civil Rights Division

FORM OBD-34
March 23

No. 8:23-cr-25-VMC-AEP

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

### THE UNITED STATES OF AMERICA

vs.

CALEB HUNTER FREESTONE a/k/a "Kya"
AMBER MARIE SMITH-STEWART a/k/a "Ae", a/k/a "16inches"
ANNARELLA RIVERA a/k/a "Rivers"
GABRIELLA VICTORIA OROPESA a/k/a "Gabs", a/k/a "Gaby", a/k/a "Gummy"

### SUPERSEDING INDICTMENT

Violations:   18 U.S.C. § 241 and 2
18 U.S.C. §§ 248(a)(1) and 2
18 U.S.C. § 248(a)(3) and 2

A true bill,

_____
Foreperson

Filed in open court this 22nd day of March, 2023.

_____
Clerk

Bail $_____

GPO 863 525

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 3/29/2023 at 1:30 PM EDT and filed on 3/29/2023

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 8:23-cr-00100-TPB-TGW *SEALED* |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
**ENDORSED ORDER granting [8] Motion to Correct Case Number and to Re-Issue Two Arrest Warrants as to Caleb Hunter Freestone (1), Amber Marie Smith-Stewart (2), Annarella Rivera (3), Gabriella Victoria Oropesa (4). The Clerk is directed to correct the Indictment to reflect that it is a Superseding Indictment and to reassign the Superseding Indictment to the docket for case #8:23-cr-25-VMC-AEP. The Clerk is further directed to rescind the arrest warrants issued for Annarella Rivera and Gabriella Victoria Oropesa and reissue them under case #8:23-cr-25-VMC-AEP and thereafter close this case. Signed by Judge Thomas P. Barber on 3/29/2023. (SRC)**

**8:23-cr-00100-TPB-TGW *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

**8:23-cr-00100-TPB-TGW *SEALED*-2** No electronic public notice will be sent because the case/entry is sealed.

**8:23-cr-00100-TPB-TGW *SEALED*-3** No electronic public notice will be sent because the case/entry is sealed.

**8:23-cr-00100-TPB-TGW *SEALED*-4** No electronic public notice will be sent because the case/entry is sealed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-MJ-02605-OTAZO-REYES (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

ANNARELLA RIVERA,
        Defendant(s).
_____/

## **ORDER**

    **THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 3/29/2023

_____
**Alicia M. Otazo-Reyes**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 3

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**    Date: 3/29/2023    Time: 2:00 p.m.

Defendant: ANNARELLA RIVERA    J#: 51391-510 Case #: 23-MJ-02605-OTAZO-REYES (SEALED)

AUSA: Elena Smukler    Attorney: AFPD- Julie Holt

Violation: DIST-M/FL/SUPERSEDING    Surr/Arrest Date: 3/29/2023    YOB: 1976
INDICTMENT/WARR/CONSPIRACY AGAINST RIGHTS

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond: 50K PSB

Bond Set at: Stip 50K PSB    Co-signed by: _____

☑ Surrender and/or do not obtain passports/travel docs    Language: Spanish

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses, except through counsel
*Co-Defts
☑ No firearms

☐ Not to encumber property

☑ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

✱ ☑ Travel extended to: S/D FL + M/D FL

☑ Other: May only use text/i-messaging. Shall not use encrypted messaging applications without permission

**Disposition:**
Brady Order
Rights
Sworn
Indigent
AFPD appt
Case Unsealed

Deft released
Deft Waived
removal + Ordered
removed to M/D FL

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. 14:08:20, 14:22:22    Time in Court: 10 mins.

s/Alicia M. Otazo-Reyes
Magistrate Judge

✱ No travel outside M/D FL after Deft moves to M/D FL

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _PSB_

CASE NO.: _23-MJ-02605- OTAZO- Reyes_

UNITED STATES OF AMERICA:

Plaintiff,

v.

_Annarella Rivera_

USM #: _51391-510_

Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ _50,000 PSB_

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

b. Report to Pretrial Services as follows: ( ✔ ) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

__ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

__ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

__ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

__ f. Employment restriction(s): _____

__ g. Maintain or actively seek full-time employment;

__ h. Maintain or begin an educational program;

✔ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

__ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

✔ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

__ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: A. Rivera
CASE NUMBER: 23 - 02605 - mj - AOR
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (   ) ability to pay as determined by the U.S. Probation Officer – or – (   ) paid by U.S. Probation;

　__ Location monitoring technology at the discretion of the officer

　__ Radio Frequency (RF) monitoring (Electronic Monitoring)

　__ Active GPS Monitoring

　__ Voice Recognition

　__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

OR

　__ Home Detention: You are restricted to your residence at all times except for:

　　(   ) medical
　　(   ) substance abuse or mental health treatment
　　(   ) court appearances
　　(   ) attorney visits or court ordered obligations
　　(   ) religious services
　　(   ) employment
　　(   ) other activities as pre-approved by the supervising officer

__ p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by (   )Pretrial Services or (   ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

　　(   ) employment
　　(   ) education
　　(   ) religious services
　　(   ) medical, substance abuse, or mental health treatment
　　(   ) attorney visits
　　(   ) court appearances
　　(   ) court ordered obligations
　　(   ) reporting to Pretrial Services
　　(   ) other _____

__ q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

__ r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: _SD FL / M/D FL_ and must notify Pretrial Services of travel plans before leaving and upon return. _No travel outside M/D FL after deft moves to M/D FL_

✓ v. Comply with the following additional conditions of bond:
_Travel restricted to Middle District of Florida with time to move from her current residence in SDFL._

_May only use text / i-messaging. Shall not use encrypted messaging applications without permission_

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this ___29___ day of ___March___, 20_23_ at ___Miami___, Florida

Signed and acknowledged before me:

WITNESS: _____

DEFENDANT: (Signature) _____

_____        _____
City            State                City            State

### CORPORATE SURETY

Signed this _____ day of _____, 20___ at _____, Florida

SURETY: _____        AGENT: (Signature) _____

_____        PRINT NAME: _____
City            State

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20___ at _____, Florida        Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____        SURETY: (Signature) _____

PRINT NAME: _____        PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____        RELATIONSHIP TO DEFENDANT: _____

_____        _____
City            State                City            State

Signed this ___ day of _____, 20___ at _____, Florida        Signed this ___ day of _____, 20___ at _____, Florida

SURETY: (Signature) _____        SURETY: (Signature) _____

PRINT NAME: _____        PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____        RELATIONSHIP TO DEFENDANT: _____

_____        _____
City            State                City            State

### APPROVAL BY THE COURT

Date: ___3/29/23___        _____

UNITED STATES MAGISTRATE JUDGE
ALICIA M. OTAZO-REYES

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _PSB_

CASE NO.: _23-MJ-02605- OTAZO-REYES_

UNITED STATES OF AMERICA:

               Plaintiff,

v.

      _Annarella Rivera_

               Defendant,

USM # : _51391-510_

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ _50,000 PSB_

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605- mj - AOR
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

☒ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: (☒ ) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ___excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

☒ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

☒ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

☒ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

___ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

☒ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: A. Rivera
CASE NUMBER: 23 - 02605 - mj - AOR
PAGE THREE

__ o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (   ) ability to pay as determined by the U.S. Probation Officer -- or -- (   ) paid by U.S. Probation;

__ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

__ Active GPS Monitoring

__ Voice Recognition

__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

__ Home Detention: You are restricted to your residence at all times except for:

(   ) medical

(   ) substance abuse or mental health treatment

(   ) court appearances

(   ) attorney visits or court ordered obligations

(   ) religious services

(   ) employment

(   ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by (   )Pretrial Services or (   ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

(   ) employment

(   ) education

(   ) religious services

(   ) medical, substance abuse, or mental health treatment

(   ) attorney visits

(   ) court appearances

(   ) court ordered obligations

(   ) reporting to Pretrial Services

(   ) other _____

__ q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.


DEFENDANT: A. Rivera
CASE NUMBER: 23-02605- mj - AOR
PAGE FOUR

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

✓ u. May travel to and from: SLD FL /m/D FL and must notify Pretrial Services of travel plans before leaving and upon return. no travel outside m/D FL after deft moves to m/D FL

✓ v. Comply with the following additional conditions of bond:
Travel restricted to Middle District of Florida with time to move from her current residence in SDFL

may only use text / i-messaging. shall not use encrypted messaging applications without permission

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: A. Rivera
CASE NUMBER: 23-02605-mj-AOR
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this **29** day of **March**, 20**23** at **Miami**, Florida

Signed and acknowledged before me:

WITNESS: _____

DEFENDANT: (Signature) _____

Miami          FL
City            State

Miami          FL
City            State

### CORPORATE SURETY

Signed this _____ day of _____, 20 ____ at _____, Florida

SURETY: _____

AGENT: (Signature) _____

_____
City          State

PRINT NAME: _____

### INDIVIDUAL SURETIES

Signed this ____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____
City          State

Signed this ____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____
City          State

Signed this ____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____
City          State

Signed this ____ day of _____, 20 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____
City          State

## APPROVAL BY THE COURT

Date: **3/29/23**          _____

UNITED STATES MAGISTRATE JUDGE
ALICIA M. OTAZO-REYES

| CM/ECF RESTRICTED | DEFENDANT: A. Rivera |
|---|---|

CASE NUMBER: 23-02605-mj-AOR

PAGE SEVEN

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 29 day of March, 20 23 at Miami, Florida

Signed and acknowledged before me:

DEFENDANT: (Signature)

WITNESS:

ADDRESS: 150 W Flagler St

ADDRESS: 1015 Griffin Road Apt 222

Lakeland FL          ZIP: 33805

Miami FL          ZIP: 33130

TELEPHONE: 786-681-8808

### CORPORATE SURETY

Signed this _____ day of _____, 20 ___ at _____, Florida

SURETY: _____

AGENT: (Signature) _____

ADDRESS: _____

PRINT NAME: _____

_____ ZIP: _____

TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 20 __ at _____, Florida

Signed this ___ day of _____, 20 __ at _____, Florida

SURETY: (Signature) _____

SURETY: (Signature) _____

PRINT NAME: _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ADDRESS: _____

_____ ZIP: _____

_____ ZIP: _____

TELEPHONE: _____

TELEPHONE: _____

Signed this ___ day of _____, 20 __ at _____, Florida

Signed this ___ day of _____, 20 __ at _____, Florida

SURETY: (Signature) _____

SURETY: (Signature) _____

PRINT NAME: _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ADDRESS: _____

_____ ZIP: _____

_____ ZIP: _____

TELEPHONE: _____

TELEPHONE: _____

24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 23-2605-AOR

United States of America
　　　Plaintiff,

v.

Annarella Rivera

　　　Defendant.

_____/

Charging District's Case No.

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

　　　I understand that I have been charged in another district, the
Middle District of Florida.

I have been informed of the charges and of my rights to:

(1)　　retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)　　an identity hearing to determine whether I am the person named in the charges;
(3)　　production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)　　a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)　　a hearing on any motion by the government for detention;
(6)　　request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[✓]　　An identity hearing and production of the warrant.

[ ]　　A preliminary hearing.

[ ]　　A detention hearing in the Southern District of Florida.

[ ]　　An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

　　　I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/29/23

_____
Defendant's Signature

Alicia M. Otazo-Reyes
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _23-2605-AOR_____

UNITED STATES OF AMERICA,
                    Plaintiff,

        v.                                        ORDER OF REMOVAL

Annarella Rivera
                    Defendant.                    REG #: 51391-510
_____/

              A(n)        Complaint
                          Indictment
                          Information
                          Probation Violation Warrant
                          Bench Warrant

having been filed in the _Middle District of Florida_ charging the above

named defendant with _Conspiracy Against Rights_ and the defendant

having _____ surrendered _✓_ been arrested in the Southern District of Florida, having had an

initial appearance before the Court and having:

        _✓_____ waived further hearing

        _____ been given a hearing in accordance with Fed.R.Crim.P. 40/Rule 5

and having posted the bail as set by the Court, it is thereupon,

        ORDERED AND ADJUDGED as follows:

        1.      The defendant is held to answer in the District in which the charge is outstanding and
shall appear before the District Court thereof at such time and place as may be ordered; and

        2.      All funds and documents filed with the Clerk of Court in this case shall be
transferred to the District where the charge is outstanding.

DONE AND ORDERED at Miami, Florida this _29th_ day of _March_____, 2023

DAR NO: 14:08:20, 14:22:22

                                        _Alicia M. Otazo Keyes_
                                        ALICIA M. OTAZO-REYES
                                        U.S MAGISTRATE JUDGE

c:      U.S. Marshal,
        PTS
        Defense Csl
        Financial Section
        AUSA