UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:23-cr-00025-VMC-AEP

AMBER MARIE SMITH-STEWART

_____

## WAIVER OF SPEEDY TRIAL

Undersigned counsel, Sarah Alvarez, hereby moves, pursuant to Local Rule 2.02(c), to withdraw as counsel of record for Defendant, **AMBER MARIE SMITH-STEWART**, and states:

1. Sarah Alvarez, was retained as part of Mx. Smith-Stewart's retention of the Civil Liberties Defense Center to represent them. Undersigned counsel was granted pro hac vice admission to represent Mx. Smith-Stewart on February 8, 2023 (Docket No. 24).

2. Undersigned counsel is leaving her employment at the Civil Liberties Defense Center.

3. Though undersigned counsel is seeking to withdraw, Ms. Smith-Stewart is still represented by the Civil Liberties Defense Center and lead counsel Lauren Regan.

4. Undersigned counsel has spoken with Mx. Smith-Stewart and they consent to this withdrawal.

5. Local Rule 2.02(c) requires that counsel cannot withdraw without leave of court.

**WHEREFORE**, undersigned counsel moves for an Order allowing Sarah Alvarez to withdraw as counsel of record.

                                              Respectfully Submitted,

                                              _/s/Sarah Alvarez_
Sarah Alvarez, OSB # 182999
Civil Liberties Defense Center
1711 Willamette St. Suite 301 #359
Eugene, OR 97401-9049
Telephone: (541) 687-9180
Fax: (541) 804-7391
Email: salvarez@cldc.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

>  */s/Sarah Alvarez*
> Sarah Alvarez, OSB # 182999
> Counsel for Defendant