**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:23-cr-25-T-33AEP** | **DATE:**    December 7, 2023 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa** | **GOVERNMENT COUNSEL** <br> Stacie B. Harris <br><br> **DEFENDANT COUNSEL** <br> Lauren C. Regan, Shiobhan Olivero, Matthew P. Farmer | |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 10:30 AM - 10:38 AM <br> **TOTAL:** 8 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**    STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED IN PART** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

Estimated Length of Trial:        3 days

Speedy Trial Waived Through:    December 31, 2024 (Freestone) January 1, 2025 (Smith-Stewart & Orepesa) June 30, 2024 (Rivera)

Trial Term:            March 2024

Next Status Conference:        January 18, 2024 at 9:30 AM