**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:   8:23-cr-25-VMC-AEP** | **DATE:    February 15, 2024** | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa** | **GOVERNMENT COUNSEL**<br>Stacie B. Harris<br><br>**DEFENDANT COUNSEL**<br>Michael P. Maddux<br>Lauren C. Regan<br>Shiobhan Olivero<br>Matthew P. Farmer | |
| **COURT REPORTER:** Susan Cayler | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:** 10:22 AM - 10:27 AM<br>**TOTAL:** 5 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**    STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 3 days |
| Speedy Trial Waived Through: | January 1, 2025 (Smith-Stewart)  December 31, 2024 (Freestone, Oropesa & Rivera) |
| Trial Term: | July 2024 |
| Next Status Conference: | April 11, 2024 at 9:30 AM |