**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:**   8:23-cr-25-T-33AEP | **DATE:**   May 16, 2024 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Caleb Hunter Freestone, Amber Marie Smith-Stewart, Annarella Rivera, and Gabriella Victoria Oropesa** | **GOVERNMENT COUNSEL**<br>Shauna Hale for Stacie B. Harris<br><br>**DEFENDANT COUNSEL**<br>Lauren C. Regan<br>Gus M. Centrone | |
| **COURT REPORTER:**  Susan Cayler | **DEPUTY CLERK:** | **Magaly Justiniano** |
| **TIME:**  10:11 AM - 10:14 AM<br>**TOTAL:**  3 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**     STATUS CONFERENCE

Estimated Length of Trial:      3 days

Speedy Trial Waived Through:   January 1, 2025 (Smith-Stewart)  December 31, 2024 (Freestone, Oropesa & Rivera)

Trial Term:               July 2024

Next Status Conference:       June 13, 2024 at 9:30 AM