UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:23-cr-25-VMC-AEP | DATE: | June 14, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALEB FREESTONE | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Ross Roberts for Stacie Harris AUSA | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux Esq. | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 12:20 to 12:23 | **TOTAL:** 3 minutes | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: Hearing on violation of pretrial release; bond revocation hearing**

Defendant provided a copy of the violation.     Defendant Appears during plea hearing

Defendant is waiving the preliminary hearing.

Defendant is admitting to the violations.

Court finds the defendant has violated the conditions of release.

BOND:
Government – not seeking revocation
Defendant – continue release

Court – Court allows the defendant to be released on conditions as previously set.

Court cautions the defendant if there is another violation, an arrest warrant will be issued.