**MARCO RUBIO**
FLORIDA

**United States Senate**
WASHINGTON, DC 20510-0908

COMMITTEES:
APPROPRIATIONS
FOREIGN RELATIONS
SELECT COMMITTEE ON INTELLIGENCE
SMALL BUSINESS AND ENTREPRENEURSHIP
SPECIAL COMMITTEE ON AGING

June 15, 2022

The Honorable Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Dear Attorney General Garland:

I write again to express my concern for the safety of pro-life organizations. As you know, Jane's Revenge is a left-wing extremist group that has claimed responsibility for several violent attacks on pro-life organizations across the United States. Alarmingly, in the group's most recent public statement, Jane's Revenge has now doubled-down on its commitment to violence, threats and intimidation, writing that the "leash is off" and it is now "open season" on any pro-life group that refuses to close their doors.

In my previous letter dated June 10, 2022, I directed your attention to radical pro-abortion groups, like Jane's Revenge, that have relentlessly targeted pro-life centers, groups, and churches with acts of arson, vandalism, and violence due to their pro-life views. In the United States, we cannot tolerate groups that openly choose and advocate violent means in order to achieve a desired political end. The most recent statement by Jane's Revenge makes unmistakably clear that violence will soon follow if the U.S. Department of Justice (DOJ) does not act accordingly. "[W]e are not merely pushing words," the group wrote. They further state, "[w]e promised to take increasingly drastic measures against oppressive infrastructures . . . and those measures may not come in the form of something so easily cleaned up as fire and graffiti."

Despite the damage that has already been done and even though these groups have kept their promise to raise the violent stakes, the DOJ has not been faithful to its promise of ensuring the public's safety against these violent, radical activists. To date, there has not been a single charge brought against any individual or group despite the countless pro-life centers in America that have been firebombed and vandalized in recent months.

Since my last letter asking that DOJ prosecute and publicly condemn the criminals picketing outside of Justices' homes, a man traveled from California with the intent to murder of Justice Kavanaugh. In now writing this letter, I fear that if the threats posed by groups like Jane's Revenge are not taken seriously, I once again will be proven right – only this time the outcome may not be the same. With the U.S. Supreme Court poised to issue its final decision in *Dobbs v. Jackson Women's Health* at any time, the DOJ and the Biden Administration can no longer remain silent.

**Ex. C**

The DOJ must condemn these groups and prosecute the criminal actors who are conspiring and coordinating a violent campaign against pro-life organizations that refuse to be intimidated into submission. I therefore request answers to the following questions:

1. Is the DOJ investigating groups, including Jane's Revenge, and the criminal acts they commit?
2. Has the DOJ charged any individual or group in connection with the recent attacks on pro-life organizations? If not, why?
3. As confirmed at the time by then-White House Press Secretary Jen Psaki, is it still President Biden's position to "encourage" protests "outside of judges' homes"?
4. Will DOJ create a partnership among federal, state, and local law enforcement to address the violence against pro-life organizations as it did when addressing the alleged threats of violence against school-board administrators?

Thank you for your attention to this urgent matter.

Sincerely,

Marco Rubio
U.S. Senator