**Exhibit A--Comparator Spreadsheet FACE CAR**

| Date of allegation/incident | Conviction date | Person(s) name(S) | Location | Pro choice or anti choice? | Charges | Plead or Trial? | Crime of conviction(s) | Sentence | Source | Criminal Allegations |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov-21 | 9/19/22 | Devin Kruse | Oregon and District of Oregon | anti-choice | 2 cts FACE Act | Plead guilty | 2 cts FACE Act | Up to 1 year in federal prison | https://www.justice.gov/opa | breaking windows and destroying property at a Planned Parenthood |
| 6/5/21 | 3/21/24 | Michael Barron | Illinois and Northern District of Illinois | anti-choice | 6 cts of "intentionally damaging a clinic" and FACE Act | Found guilty | 6 cts of "intentionally damaging a clinic" | 1 year of home confinement | https://chicago.suntimes.co | used sling shot an metal ball bearings to damage two repro health clinics |
| 8/27/20 | 8/21/24 | C. Zastrow, Gallagher, Idoni, Davis, Curry, Phillips, Edl, and E. Zastrow | Michigan and Eastern District of Michigan | anti-choice | Conspiracy Against Rights and FACE Act | Found guilty | Conspiracy Against Rights and FACE Act | Various--from probation to 30 months prison depending on priors | https://www.detroitcatholic | Blockade -active patient-clinic access prevented |
| 2021 | 7/30/24 | J. Zastrow, E. Zastrow, Place | Tennessee and Middle District of Tennessee | anti-choice | Conspiracy Against Rights and FACE Act | Found guilty | FACE Act and conspiracy charges | 90 days of home detention counting towards 3 years of probation | https://apnews.com/article | Blockade -active patient-clinic access prevented |
| 2021 | 7/30/24 | C. Zastrow and three others | Tennessee and Middle District of Tennessee | anti-choice | Conspiracy Against Rights and FACE Act | Found guilty | FACE Act and conspiracy charges | Harshest sentence was for C. Zastrow who was the organizer of the event. C. Zastrow was sentenced to 6 months in prison followed by 3 years of supervised release. Note these are the same defendants as the blockade case in Detroit, Michigan | https://apnews.com/article | Blockade -active patient-clinic access prevented |
| 10/22/20 | 5/31/24 | L. Handy, J. Hinshaw, W. Goodman, J. Darnel, H. Geraghty, J. Marshall, J. Bell, H. Idoni | Washington D.C. District Court | anti-choice | Conspiracy Against Rights and FACE Act | Found guilty | Conspiracy Against Rights and FACE Act | Lauren Handy was sentenced to 57 months in prison, John Hinshaw was sentenced to 21 months in prison, William Goodman was sentenced to 27 months in prison, Jonathan Darnel was sentenced to 34 months in prison, Herb Geraghty was sentenced to 27 months in prison, Jean Marshall was sentenced to 24 months in prison, Joan Bell was sentenced to 27 months in prison and Heather Idoni was sentenced to 24 months in prison. **important note:** L. Handy was the first conviction in history that combined CAR with FACE Act violations. According to the article, the judge in this case "relied on federal sentencing guidelines for the alleged and convicted conduct". | https://www.justice.gov/opa | Blockade -active patient-clinic access prevented |
| 7/7/22 | 7/29/23 | Christopher Moscinski | New York and Eastern District for New York | anti-choice | FACE Act | Found guilty | FACE Act | Sentenced to 6 months in federal prison | https://www.justice.gov/usa | Blocked entrance to clinic |
| 3/30/21 | 5/15/23 | Richard Royden Chamberlin | California and Central District | anti-choice | FACE Act and illegally possessing a firearm and ammunition | Plead guilty | FACE Act and illegally possessing a firearm and ammunition | Sentenced to 30 months in federal prison | https://www.justice.gov/usa | Shot BB gun at Planned Parenthood |
| 4/11/21 | 2/1/22 | Carlos Manuel Rodriguez Brime | Ohio and Southern District of Ohio | anti-choice | FACE Act | Plead guilty | FACE Act | Sentenced to 1 year and 1 day | https://www.justice.gov/usa | Threatened to kill a patient and bomb the clinic |
| 1/3/20 | 2/11/21 | Samuel Gulick | Delaware and District of Delaware | anti-choice | Intentional damage to a facility that provides reproductive health services and possession of an unregistered destructive device under the National Firearms Act | Plead guilty | Intentional damage to a facility that provides reproductive health services and possession of an unregistered destructive device under the National Firearms Act | Sentenced to 26 months in prison followed by 3 years of supervised release | https://www.justice.gov/usa | Firebombing |

**Exhibit A--Comparator Spreadsheet FACE CAR**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/29/19 | 5/29/20 | Rodney Allen | Florida and Middle District of Florida | anti-choice | 1 ct intimidating and interfering with the employees of an abortion clinic by making a bomb threat and 1 ct making false statements to a Special Agent with the FBI | Plead guilty | 1 ct intimidating and interfering with the employees of an abortion clinic by making a bomb threat and 1 ct making false statements to a Special Agent with the FBI | Sentenced to 24 months in prison | https://www.justice.gov/opa Bomb threat |
| 1/15/23 | 8/15/23 | Tyler Massengill | Illinois and Central Disctrict of Illinois | anti-choice | malicious use of fire and an explosive to damage, attempt to damage, property used in and affecting interstate commerce (caused over $1 million in damages) | Plead guilty | Malicious use of fire and an explosive to damage and attempt to damage | Could have had 5-20 years in prison; sentenced to 10 years in federal prison | https://www.justice.gov/opa Arson |
| 10/10/20 | 6/22/21 | Everett Little | Florida Middle District | anti-choice | 1st degree arson, using an incendiary device, and criminal mischief with property damage | Plead guilty | 2nd degree arson, using an incendiary device, and criminal mischief with property damage | Sentenced to 8 months in custody; "almost a year in prison", 84 months of probation, and complete 40 hours of community service | https://www.newsweek.com Arson |