UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:23-cr-00025-VMC-AEP

GABRIELLA OROPESA

**VERDICT**

1.    **Count One of the Superseding Indictment**

As to the offense of Conspiracy Against Rights in violation of 18 U.S.C. § 241,

We, the Jury, find the defendant, Gabriella Oropesa:

Guilty ____✓____              Not Guilty _____

SO SAY WE ALL, this 19ᵗʰ day of December, 2024.

FOREPERSON